No. 22-7056

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

JANE DOE,

*Plaintiff-Appellant,*

v.

HOWARD UNIVERSITY,

*Defendant-Appellee.*

_____

Appeal from the United States District Court for the District of Columbia
Case No. 20-cv-01769, Judge Carl J. Nichols

_____

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1). Each party shall bear its own costs.

Date: May 1, 2023

                                           Respectfully submitted,

                                           /s/ Drew LaFramboise
                                           Drew LaFramboise
                                           Joseph, Greenwald & Laake, P.A.
                                           6404 Ivy Lane, Suite 400
                                           Greenbelt, MD 20770
                                           (301) 220-2200
                                           dlaframboise@jgllaw.com

Ellen Noble
Shelby Leighton
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(240) 620-3645
enoble@publicjustice.net
sleighton@publicjustice.net

*Counsel for Plaintiff-Appellant*

/s/ Michelle M. McGeogh
Michelle M. McGeogh
Timothy F. McCormack
Ballard Spahr, LLP
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5600
Facsimile: (410) 528-5650
mcgeoghm@ballardspahr.com
mccormackt@ballardspahr.com

*Counsel for Defendant-Appellee*

## Certificate of Service

I certify that, on May 1, 2023 this document was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

/s/ Drew LaFramboise
Drew LaFramboise
*Counsel for Plaintiff-Appellant*